Search Warrant

SEALED

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>A-1 Black Samsung Galaxy S8 IMEI 357497081544352, A-2 Black Motorola Smartphone IMEI 1- 359862932964844 & IMEI 2- 359862932964851, A-3 Black Samsung Smartphone with a cracked screen, A-4 Black Samsung Smartphone, A-5 Blue Motorola 50MP Quad Pixel Smartphone, A-6 Blue Motorola 50MP Quad Pixel Smartphone with a black case, located at the FBI Phoenix Office, 21711 N 7th St., Phoenix, AZ 85024 | Case No. 26-5163mB<br><br>(Under seal) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___Arizona___.
(identify the person or describe the property to be searched and give its location):

### As further described in Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### As set forth in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___5/ 12 /26___.
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*       ☐ for 30 days *(not to exceed 30)*
                                                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Apr. 26, 2026
12:31 p.m.

_____
Judge's signature

City and State: Phoenix, Arizona

Honorable Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to the following electronic devices:

All devices were recovered from a residence located at 355. W. Azule St., Sacaton, AZ and were seized by the FBI. Each room of the residence was labeled with a letter.

1. Recovered from Room A.

A-1 A Black Samsung Galaxy S8 IMEI 357497081544352 (Evidence Item 1B7)



 

2. Recovered from Room F.

A-2 A Black Motorola Smartphone with 2 IMEI; IMEI 1- 359862932964844 & IMEI 2-

359862932964851(Evidence Item 1B6)





A-3 Black Samsung Smartphone with a cracked screen and no visible IMEI (Evidence Item 1B8)





A-4 Black Samsung Smartphone with no visible IMEI (Evidence Item 1B9)





A-5 A Blue Motorola 50MP Quad Pixel Smartphone with no visible IMEI (Evidence Item 1B10)





A-6 A Blue Motorola 50MP Quad Pixel Smartphone with a black case and no visible

IMEI (Evidence Item 1B11)







## ATTACHMENT B

All records and communications relating to the violation of Title 18, United States Code, Sections 1153, 1111 Murder

a. Telephone numbers of incoming/outgoing calls stored in the call registry;

b. Telephone numbers and email addresses and corresponding names to those numbers and addresses stored in the address book;

c. Any incoming/outgoing text messages and instant messages;

d. Telephone subscriber information;

e. Any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular telephone, including but not limited to e-mail, voicemail, and photos; and,

f. Global Positioning System (GPS) coordinates or any other location data stored within the device.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  |  |  |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____    _____

Executing officer's signature

_____

Printed name and title